

NUMBER 13-20-00392-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ANITA K. MOORE A/K/A
ANNA K. MOORE, AND
ALL OCCUPANTS,                                                    Appellants,

v.

GREGORY GLEN SPIVEY,                                              Appellee.

On appeal from the County Court at Law No. 5
of Nueces County, Texas.

# MEMORANDUM OPINION

Before Justices Benavides, Longoria, and Tijerina
Memorandum Opinion by Justice Benavides

On September 14, 2020, the Clerk of the Court notified appellant that the notice of appeal did not comply with Texas Rules of Appellate Procedure 9.5(e) and was provided thirty days to correct the defect. On October 20, 2020, the Clerk of the court notified

appellant that her docketing statement had not been timely received. Finally, on October 20, 2020, the Clerk of the Court notified appellant that a $205.00 filing fee was past due and that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* 42.3(b),(c).

Appellant has failed to respond to this Court's notice, failed to cure a defect in the notice of appeal, and has failed to pay the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

GINA M. BENAVIDES
Justice

Delivered and filed the
7th day of January, 2021.